STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS J. BRADY
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 19 2000

at 10 o'clock and 45 min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 00-00270 SOM |
| Plaintiff, | ) FIRST SUPERSEDING INDICTMENT |
| vs. | ) [21 U.S.C. §§ 846, 841(a)(1); 18 U.S.C. § 2] |
| GILBERT MARK PERALES, (01), KERRY CATHLEEN O'MAHONY, (02), aka "Kerry Caroline O'Mahony," RAFAEL BARRERA, (03), aka "George Contreras," | |
| Defendants. | |

ATTEST: A True Copy
WALTER A.Y.H. CHINN
Clerk, United States District
Court, District of Hawaii
By _____ Deputy

## FIRST SUPERSEDING INDICTMENT

### COUNT 1

The Grand Jury charges:

From a date unknown, but from at least June 17, 2000, to on or about June 18, 2000, within the District of Hawaii and elsewhere,

GILBERT MARK PERALES,

KERRY CATHLEEN O'MAHONY, aka "Kerry Caroline O'Mahony," and

RAFAEL BARRERA, aka "George Contreras"

defendants herein, did conspire, with each other and others unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute in excess of 50 grams, to wit, approximately two (2) pounds of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## OVERT ACTS

In furtherance of the conspiracy and to accomplish the objects thereof, the following overt acts were committed in the District of Hawaii and elsewhere by members of the conspiracy:

1) On or about the June 17, 2000, BARRERA made reservations and purchased airline tickets for himself and co-defendants PERALES and O'MAHONY on Delta Airlines for the following day on Flight #341 from Los Angeles, California to Honolulu, Hawaii.

2) On or about June 18, 2000, BARRERA drove to an apartment complex in the Los Angeles, California area and brought with him four (4) separate packages, wrapped in fabric softener sheets and sealed in zip-lock bags. The packages contained methamphetamine.

3) On or about June 18, 2000, O'MAHONY placed four (4) separate packages, wrapped in fabric softener sheets and sealed in zip-lock bags in the crotch area of a pair of black lycra shorts she was wearing and boarded a Delta Airline plane in Los Angeles, California.

4)   On or about June 18, 2000, at approximately 8:00 p.m., BARRERA, PERALES, and O'MAHONY boarded Flight #341 and flew to Honolulu, Hawaii.

All in violation of Title 21, United States Code, Section 846.

COUNT 2

The Grand Jury further charges that:

On or about June 18, 2000, in the District of Hawaii and elsewhere, GILBERT MARK PERALES, KERRY CATHLEEN O'MAHONY, aka "Kerry Caroline O'Mahony," and RAFAEL BARRERA, aka "George Contreras," did knowingly and intentionally possess with intent to distribute in excess of 50 grams, to wit, approximately two (2) pounds of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

DATED: _July 19_____, 2000, at Honolulu, Hawaii.

A TRUE BILL

/s/
FOREPERSON, GRAND JURY

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS J. BRADY
Assistant U.S. Attorney